NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001025**
**30-DEC-2014**
**08:15 AM**

NO. CAAP-14-0001025

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PROPERTY RESERVE, INC., A Utah Corporation,
acting through its duly Authorized agent,
HAWAII RESERVES, INC., a Hawaii corporation,
Plaintiffs/Counterclaim-Defendants/Appellees,
v.
DAWN K. WASSON, DAWN K. WASSON as Personal
Representative of the Estate of HENRY W. WASSON, SR.,
HARRY F. WASSON, et al.,
Defendants/Counterclaim-Plaintiffs/Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0916-04)

ORDER OF CORRECTION
(By: Nakamura, C.J., for the court[1])

The Order Dismissing Appeal for Lack of Appellate Jurisdiction filed on December 26, 2014, is hereby corrected as follows:

In the caption on the first page, the identification of the Defendants/Counterclaim-Plaintiffs/Appellants is corrected to read:

**DAWN K. WASSON, DAWN K. WASSON as Personal
Representative of the Estate of HENRY W. WASSON, SR.,
HARRY F. WASSON, et al.,
Defendants/Counterclaim-Plaintiffs/Appellants**

---

[1] Nakamura, C.J., Fujise and Reifurth, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, December 30, 2014.

Chief Judge